NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000865
30-JUN-2017
03:56 PM**

NOS. CAAP-15-0000865 and CAAP-15-0000866

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CAAP-15-0000865
STATE OF HAWAIʻI, Plaintiff-Appellant, v.
MATTHEW SEAN SASAI, Defendant-Appellee
(CASE NO. 1DCW-14-0004628)

and

CAAP-15-0000866
STATE OF HAWAII, Plaintiff-Appellant/Cross Appellee, v.
BRENT N. TANAKA, Defendant-Appellee/Cross Appellant
(CASE NO. 1DCW-14-0005843)


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION


ORDER OF CORRECTION
(By: Ginoza, J.)

IT IS HEREBY ORDERED that my Dissenting Opinion in this case, filed on June 30, 2017, is hereby corrected as follows:

On page 1, fourth line from the bottom, replace "circuit" with "district" so that the line will read as follows:

*alia,* that the district court erred in its conclusions of law 17

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, June 30, 2017.


Associate Judge